a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MANNA MASSAQUOI #A057-743-631, Petitioner | CIVIL DOCKET NO. 1:25-CV-00371 SEC P |
| VERSUS | JUDGE DRELL |
| U S IMMIGRATION AND CUSTOMS ENFORCEMENT, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

# REPORT AND RECOMMENDATION

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Manna Massaquoi ("Massaquoi"). Massaquoi is an immigration detainee at the LaSalle ICE Processing Center in Jena, Louisiana. He challenges the legality of his continued detention.

Because Massaquoi's Petition is duplicative, it should be DISMISSED WITHOUT PREJUDICE.

I.  **Background**

Massaquoi's Petition was transferred to this Court from the United States District Court for the Eastern District of Louisiana. ECF No. 5. The Petition is identical to the Petition filed in this Court in Docket No. 1:25-CV-120.

II.  **Law and Analysis**

A complaint that duplicates claims asserted in an earlier case may be summarily dismissed. *See Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993);

1

*Wilson v. Lynaugh*, 878 F.2d 846, 849 (5th Cir. 1989), *cert. denied*, 493 U.S. 969 (1989). This principle applies to petitions for writ of habeas corpus. *See Hardin v. Dir., TDCJ-CID*, 6:20-CV-251, 2020 WL 3239936, at *1 (E.D. Tex. 2020), *report and recommendation adopted*, 2020 WL 3172701 (E.D. Tex. 2020); *Brock v. Cockrell*, 2003 WL 21418792 (N.D. Tex. 2003); *Schmidt v. U.S. Marshals Serv.*, 2006 WL 3478030 (N.D. Tex. 2006). Therefore, Massaquoi's habeas Petition should be dismissed as duplicative.

### III. Conclusion

Because Massaquoi's Petition is duplicative, IT IS RECOMMENDED that the Petition be DISMISSED WITHOUT PREJUDICE.

Under 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), a party may file written objections to this Report and Recommendation within 14 days of service, unless the Court grants an extension of time to file objections under Fed. R. Civ. P. 6(b). A party may also respond to another party's objections to this Report and Recommendation within 14 days of service of those objections, again unless the Court grants an extension of time to file a response to objections.

No other briefs may be filed without leave of court, which will only be granted for good cause. A party's failure to timely file written objections to this Report and Recommendation will bar a party from later challenging factual or legal conclusions adopted by the District Judge, except if the challenge asserts "plain error."

SIGNED on Tuesday, July 15, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

Case 1:25-cv-00371-DDD-JPM   Document 8   Filed 07/15/25   Page 3 of 3 PageID #: 5