UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MANNA MASSAQUOI #A057-743-631 | CASE NO. 1:25-CV-00371 SEC P |
| VERSUS | JUDGE DRELL |
| US IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 4) is DISMISSED WITHOUT PREJUDICE as duplicative.

THUS DONE AND SIGNED at Alexandria, Louisiana this 6th day of August 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT